UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY DALE DAVIS,

    Plaintiff,

v.                                      Case No. 8:05-cv-325-T-23TBM

ELLEN HAWK'S, Warden, *et al.*,

    Defendants.
    _____/

## **O R D E R**

Davis shall return the completed service forms within twenty (20) days as directed in the court's order (Doc. 8). Failure to timely return the forms will result in the dismissal of this action. Upon receipt of the documents and if they are in proper form, the court will direct the United States Marshal to proceed with service of process.

ORDERED in Tampa, Florida, on June 24, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro